IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> **RAUL ROBERTO SUERO-TORRES,** <br> *Defendant.* | **INDICTMENT** <br> CRIMINAL NO. 25-419 (SCC) <br> VIOLATION: <br> 8 U.S.C. § 1326(a) and (b)(2) <br> (ONE COUNT) |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### Re-entry of Removed Alien
(Title 8, *United States Code*, Section 1326(a) and (b)(2))

On or about September 14, 2025, in the District of Puerto Rico and within the jurisdiction of this Court, the defendant,

**RAUL ROBERTO SUERO-TORRES,**

who is an alien, as the term is defined in Title 8, *United States Code*, Section 1101(a)(3), and who has been previously removed from the United States after an aggravated felony conviction, was found in the United States, without obtaining, prior to his re-embarkation at a place outside the United States, the express consent of the Secretary of Homeland Security to reapply for admission into the United States. All in violation of Title 8, *United States Code*, Section 1326(a) and (b)(2).

W. STEPHEN MULDROW
United States Attorney

_____
Jenifer Y. Hernández-Vega
Assistant United States Attorney
Chief, Child Exploitation, Immigration Unit

_____
Manuel Muñiz-Lorenzi
Assistant United States Attorney

TRUE BILL

Foreperson
Dated: 9 - X - 2025

*RECEIVED & FILED CLERK'S OFFICE OCT - 9 2025 US DISTRICT COURT SAN JUAN, PR*