**UNITED STATES DISTRICT COURT**
**DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>*Plaintiff*,<br><br>v.<br><br>**RAUL ROBERTO SUERO-TORRES,**<br>*Defendant*. | **Crim. No. 25-419 (SCC)** |

### INFORMATIVE MOTION

Raul Roberto Suero-Torres, represented by the Federal Public Defender for the District of Puerto Rico through the undersigned attorney, very respectfully informs the court of the following:

**I.   Introduction.**

On October 30, 2025, the Court ordered the parties to file a joint informative motion regarding the status of Mr. Suero's case. DE-22. In an effort to comply with the Court's order, undersigned drafted a joint motion in compliance and sent it to counsel for the government via email on December 1, 2025 for review. Undersigned invited any changes or edits that the government saw fit and to inform undersigned of the same for filing. In that email, undersigned highlighted the Court's minutes at DE-22 for quick reference and reminded the government of the filing deadline.

The government never responded to undersigned's email. Instead, the government filed their own unilateral informative motion this morning, December 2, 2025. DE-27. The government noted that it was not going to comply with the court's order of a joint motion because of the "adversarial nature of these proceedings." DE-27. It is the defense's position that every case is adversarial by nature, but nonetheless the parties should do their best to ensure compliance with court orders. Mr. Suero's choice to exercise his right

1

to request a de novo bail hearing does not relieve the government of its obligation to comply with court orders.

Therefore, despite Raul's best efforts to comply with the court's order, the defense now submits the following informative motion.

## II.   Status

On September 14, 2025, Mr. Suero was arrested and subsequently charged with violating 8 U.S.C. § 1326(a) and (b)(2). DE-12.

On October 1, 2025, Mr. Suero attended his preliminary and bail hearing. DE-10. He waived his right to a preliminary hearing and, at the time, did not ask for bail but reserved his right to reopen the hearing in the future. DE-10.

On October 27, 2025, Mr. Suero requested that his bail hearing be reopened. DE-19. The magistrate court granted the request and held a bail hearing on November 7, 2025. DE-24. After the hearing, the court held the matter under advisement. DE-24.

On November 14, 2025, the magistrate court issued an order of detention pending trial. DE-25.

On November 21, 2025, Mr. Suero filed a motion for de novo bail hearing. Mr. Suero respectfully requests that the Court set a hearing on the motion as soon as possible.

## III.   Conclusion

**WHEREFORE**, Mr. Suero respectfully requests this Honorable Court note the above-stated information in compliance with the Court's order on October 30, 2025. DE-22.

**I HEREBY CERTIFY** that on this date I electronically filed the present motion with the Clerk of Court using the CM/ECF system, which will send notification to all parties of record.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 2nd of December 2025.

        **Rachel Brill**
        Federal Public Defender

        ***S / MaríaCarolina Gómez-González***
        MaríaCarolina Gómez-González
        Assistant Federal Public Defender
        USDC-PR G03715
        241 F.D. Roosevelt Ave.
        Hato Rey, P.R. 00918-2441
        (787) 474-6394/ Fax (787) 281-4899