

**GOBIERNO DE / GOVERNMENT OF PUERTO RICO**
Licencia Provisional TDL

NOT FOR FEDERAL IDENTIFICATION

NUM 7209148
RAUL ROBERTO
SUERO TORRES
BO SAN ISIDRO
5 CALLE ALIN BARRETO
CANOVANAS, PR 00729

SEX/SEXO     EYES/OJOS
M ♂          BRO

DOB/NAC 08NOV1988
ISS/EM 21MAR2023
E NONE
R NONE
EXP 08NOV2025



7118
Restricciones.
I - Solo valida Estado Libre Asociado Puerto Rico / Valid only in Commonwealth of Puerto Rico

1JzPkUpwWRuEMBDGt2Ipuw

00000000007343665

**GOVERNMENT OF PUERTO RICO - 2023**
**GOBIERNO DE PUERTO RICO - 2023**