9-12-25

A quien pueda interesar:

Yo, Raysa García certifico que conozco al Sr. Raul Suro hacen 6 años es un hombre trabajador que no es de problemas y conozco a su compañera (esposa) Wanda Díaz hacen 20 años.

Muchas Gracias
Raysa García
Tel. 939-865-0150

12-10-25

Yo, Zurisadai Sánchez, certifico que conozco a Raul Roberto Sueno Torres y que tiene domicilio en Calle Arleen Barreto #5 Bo. San Isidro, Canovanas 00927, porque el es el compañero consensual de mi mamá Wanda Díaz. El es un hombre trabajador y muy responsable y dedicado al hogar junto a mi mamá.
Agradezco la ayuda brindada.

att.
Zurisadai Sanchez
119 Evergreen Dr.
Haverhill MA. 01835
Tel 939-351-5111

12-10-25

A quien pueda interesar:

Le escribo esta carta de recomendación con todo nuestro corazón por Raul Roberto Suero Torres en apoyo a su solicitud. Nosotros tenemos el placer de conocer a Raul Roberto Suero Torres por 3 ½ años, hemos desarrollado una profunda amistad y apreciación por su buen caracter, integridad y contribución en la relación con su compañera Wanda I. Díaz Couvertier. El Raúl Roberto Suero Torres todo este tiempo de conocerlo ha demostrado generosidad y fuerte sentido de responsabilidad.

Muchas gracias por considerar esta carta de recomendación, de necesitar informacion extra no dude en contactarnos.

Brenda Nieves
José Sanchez
- Urb. Jose Severo Quiñones #191 c/7 Carolina P.R. 00985
- j.sanchez042@gmail.com.
  475-243-6280    475-216-5141