INFORMATION
IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
FRANKLIN COUNTY
39TH JUDICIAL DISTRICT OF PENNSYLVANIA

COMMONWEALTH OF PENNSYLVANIA          :   NO. CP-28-CR-0000657-2010
                                       :
VS.                                    :   Pros: OFFICER DOUGLAS C. STRICKLAND
                                       :         CHAMBERSBURG POLICE DEPT
RAUL SUERO TORRES                      :

**COUNT 1:**
ACCIDENT INVOLVING DAMAGE TO ATTENDED VEH. OR PROP. -- (M 3)
    THE DISTRICT ATTORNEY OF FRANKLIN COUNTY, by this Information charges that on or about **Sunday, the 17th day of January, 2010**, in the said County of FRANKLIN, RAUL SUERO TORRES, did:

unlawfully, being a driver of a vehicle involved in an accident resulting only in damage to a vehicle or other property, which was driven or attended by another person, fail to immediately stop the vehicle at the scene of the accident or as close thereto as possible and/or did fail to return to the scene of the accident to give information or render aid, to wit, Raul Suero Torres did, being the driver of a vehicle involved in an accident resulting in only damage to a vehicle operated by T███ F███ fail to immediately stop the vehicle at the scene of the accident or as close thereto as possible and/or did fail to return to the scene of the accident to give information or render aid.
Citation of Statute: 75 P.S. 3743

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

                                        ERIC R AUGUSTINE
Filed   APR 30 2010                     Attorney for the Commonwealth
        Kathy Bhyne
        Deputy   Clerk                  PLEA

I, the Defendant in the above criminal action plead  _not_  guilty

5-5-10
Date    Attorney for the Defendant     Defendant

The previous plea of not guilty is hereby withdrawn and a plea of  _guilty_  is hereby entered to

Date    Attorney for the Defendant     Defendant
6-21-10

Certified
MAY 02 2013
Nancy Marsha
CLERK OF COURTS
FRANKLIN COUNTY, PA

## IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT OF PENNSYLVANIA – FRANKLIN COUNTY BRANCH

COMMONWEALTH OF PENNSYLVANIA     Criminal Action No. __657__, 20_10_, Count No. __1__

vs.     Charge _Accident Involving Damage_ (m3)

_Raul Suero Torres_     Oath _____

Atty. _Christopher Reibsome_     Dist. Atty. _Lauren Sulcove_

### ORDER

___June 21___, 20_10_, the Court finds that the defendant has voluntarily and understandingly offered to enter plea(s) of (guilty)/~~(nolo contendere)~~ to the above charge(s) and the plea(s) (is) ~~(are)~~ accepted and defendant is directed to enter the plea(s) in writing on the Information.

The Court finds that a presentence investigation report is (not) required. _prior record only_ The report, if required, shall be prepared by (Franklin County Probation Department) (Pennsylvania Board of Probation and Parole) and sentence is deferred until (___August 18___, 20_10_ before ((the undersigned)) (any Judge).

A full mental health evaluation is (not) to be conducted by the Cumberland Valley Mental Health Center before sentencing. The report of the mental health center, if required, shall be made a part of the presentence investigation report. Cost of this evaluation shall be paid by the County of Franklin and the expense shall be affixed to the defendant's court costs.

[ ] The defendant shall undergo a drug and alcohol assessment / evaluation. The cost of this evaluation shall be paid by the County of Franklin and the expense shall be affixed to the defendant's court costs.

[ ] The defendant shall surrender (his) (her) operator's license to the Clerk of Courts.

[ ] The defendant will provide the Probation Department with accurate contact information before leaving today, will attend all interview appointments as scheduled, and fully cooperate in the completion of the Pre-Sentence Report.

Certified MAY 02 2013

_Nancy Marshall, dpck_
CLERK OF COURTS
FRANKLIN COUNTY, PA

By the Court,

_Rich J. Wald_, J.

Filed JUN 21 2010

_Carolyn Sherman_
Dep Clerk

1. Print your full name and address:
   _Raul Suero Torres_
   Name
   [redacted]
   Street Address
   _Chambersburg, Pa. 17201_
   City, State, Zip Code

2. How old are you? _45_

3. How far did you go in school? _6th_

4. Can you read, write, and understand the English language? _Jerry_

5. By pleading guilty, you are giving up certain constitutional rights:

   (a) The right to a jury trial. Twelve citizens of Franklin County - whom you help select - listen to the facts, and, based on the evidence, decide your guilt or innocence. In order to convict you, all twelve jurors must agree that you are guilty beyond a reasonable doubt of each and every element of the crimes charged. In order to return a verdict of not guilty, all twelve jurors must agree with that verdict also.

   (b) The right to a non-jury trial. This means that the judge hears the facts and must be convinced of your guilt beyond a reasonable doubt. Do you understand that by pleading guilty, you are giving up the right to either a jury or non-jury trial? _Yes_

6. In either a jury or non-jury trial you have the following rights:

   (a) Presumption of innocence - You are presumed innocent, that is not guilty, until the Commonwealth proves you guilty beyond a reasonable doubt. This is a heavy burden on the Commonwealth.

   (b) Right to file pretrial motions - By pleading guilty you give up the right to file pretrial motions or if you have already filed such motions you give up the right to have the Court rule on them.

   (c) The right to cross-examine all Commonwealth witnesses.

3                                                                               Initial _RST_

IN THE COURT OF COMMON PLEAS OF THE 39ᵗʰ JUDICIAL DISTRICT OF PENNSYLVANIA (FRANKLIN) (FULTON) COUNTY BRANCH - CRIMINAL ACTION

Commonwealth of Pennsylvania  
vs.

No. 657-2010, Count 1

Charge: ACCIDENT INVOLVING DAMAGE

RAUL SUERO-TORRES, Defendant :

ORDER OF COURT, ~~AUGUST~~ Sept. 1, 20 10, THE COURT SENTENCES THE DEFENDANT TO:

## PENALTIES

The defendant shall pay a fine of $_____ and undergo imprisonment in:
- ( ) FRANKLIN / _____ COUNTY PRISON     ( ) STATE CORRECTIONAL INSTITUTION
for a period of not less than _____ months or more than _____ months to be computed from: ( ) This date.
- ( ) CONCURRENTLY WITH the sentence imposed in Criminal Action No. _____, Count _____
- ( ) AT THE EXPIRATION OF the sentence imposed in Criminal Action No. _____, Count _____
- ( ) The Court recommends the defendant for the *State Boot Camp Program*.
- ( ) The defendant is given _____ credit for time previously served. Dates: _____

( ) The defendant shall be paroled ( ) at the expiration of the minimum sentence ( ) upon approval of a Home Plan.

(XX) ~~(Upon completion of the above-mentioned period of incarceration)~~ the defendant is placed on **PROBATION** for a period of 9 months upon the condition the defendant shall pay the court costs, pay the sum of $ 150.00 to the use of the Franklin/ Fulton County / Law Library; and on the following special conditions:

## SPECIAL CONDITIONS

- ( ) Mental Health Treatment
- ( ) Drug/Alcohol Treatment
- ( ) Domestic Violence Treatment
- ( ) Anger Management
- ( ) Sex Offender Treatment
- ( ) Shoplifting Treatment
- ( ) DNA Testing 44 Pa.C.S.A. 2316
- (XX) Any program prison/probation officials deem necessary
- ( ) _____
- ( ) Community Service Program _____ hours

( ) The defendant may NOT CONSUME any beverage containing alcohol or any controlled substances and shall submit to random urinalysis, breath or blood testing to ensure compliance.

( ) The defendant shall have NO CONTACT with _____

( ) The defendant shall not own, possess, use, manufacture, control, sell or transfer FIREARMS and must otherwise comply with the provisions of 8 Pa.C.S.A. 6105.

( ) The defendant shall surrender his/her operator's license to Clerk of Courts (XX) The Clerk of Courts shall CERTIFY this Order to PennDOT.

( ) Defendant is eligible for the PRE-RELEASE PROGRAM in accordance with terms authorized by the Court.

*Certified MAY 02 2013*  
*Nancy Marshall*  
*CLERK OF COURTS FRANKLIN COUNTY, PA*

## FINANCIALS

(XX) Court Costs  
(x) RESTITUTION shall be made in the amount of $ None to: per D.A.

_____ ( ) as determined by the District Attorney ( ) attached List ( ) separate Order
- ( ) $ _____ Laboratory User's Fee - 42 Pa.C.S.A. 1725.3
- ( ) $ _____ Substance Abuse Education and Demand Reduction Fund - 18 Pa.C.S.A. 7508.1
- (XX) $ 30.00 Pa. CAT Fund - 75 Pa.C.S.A. 6506
- (XX) $ 10.00 Emergency Medical Services Act - 35 P.S. 6934
- ( ) $ _____ DNA Testing - 44 Pa.C.S.A. 2316
- (XX) $ 25.00 Supervision Fee (Act 35) - 18 P.S.11.1102
- ( ) **PROBATION VIOLATORS:** ( ) given credit for monies previously paid ( ) shall pay the balance due.
- ( ) _____

Filed SEP 01 2010     BY THE COURT, *Richard Walsh*, J.

*Carolyn Shireman*  
Dep Clerk

WHITE - Clerk of Courts   GREEN - District Attorney   CANARY - Probation   PINK - Defense Attorney   GOLD - Defendant

**INFORMATION**
**IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA**
**FRANKLIN COUNTY**
**39TH JUDICIAL DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **NO. CP-28-CR-0002100-2010** |
| | : | |
| VS. | : | Pros: **OFFICER BRADLEY S. KYNER** |
| | : | **CHAMBERSBURG POLICE DEPT** |
| **RAUL SUERO TORRES** | : | |

**COUNT 1:**
**UNLAWFUL DELIVERY OF A SCH. II C.S. -- (F)**
  THE DISTRICT ATTORNEY OF FRANKLIN COUNTY, by this Information charges that on or about **Friday, the 16th day of October, 2009**, in the said County of FRANKLIN, RAUL SUERO TORRES, did:

manufacture, deliver, or possess with the intent to manufacture or deliver, a controlled substance by a person not registered under this act, or a practitioner not registered or licensed by the appropriate State board, or knowingly creating, delivering or possessing with the intent to deliver, a counterfeit controlled substance, to wit, Raul Suero Torres did deliver cocaine, a schedule II Controlled substance, to a confidential informant, the defendant not being a person registered under this act, nor a practitioner registered or licensed by the appropriate State board.
Citation of Statute: 35 P.S. 780-113(a)(30)

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

_DEC 16 2010_                             LAURA J KERSTETTER
                                          Attorney for the Commonwealth

**PLEA**

I, the Defendant in the above criminal action plead ___Not___ guilty

12/29/10    _____    _____
Date        Attorney for the Defendant    Defendant

The previous plea of not guilty is hereby withdrawn and a plea of _____ is hereby entered to
_____

_____    _____    _____
Date        Attorney for the Defendant    Defendant

**Certified**
MAY 02 2013
CLERK OF COURTS
FRANKLIN COUNTY, PA

IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT OF PENNSYLVANIA
(FRANKLIN) COUNTY BRANCH

Commonwealth of Pennsylvania  :  Docket No. **2100-2010**
:  Count: 1
vs.  :  Charge: **UNLAWFUL DELIVERY OF COCAINE**
:
**RAUL ROBERTO SUERO-TORRES**  :
Defendant  :

ORDER OF COURT, NOVEMBER __7TH__, 2012, THE COURT SENTENCES THE DEFENDANT TO:

### PENALTIES

The defendant shall pay a fine of **$ 500.00** and undergo imprisonment in:
( ) FRANKLIN COUNTY PRISON  (✓) STATE CORRECTIONAL INSTITUTION

For a period of not less than __36__ months or more than __84__ months to be computed from: (✓) This date.
(✓) CONCURRENTLY WITH the sentence imposed in Criminal Action No. __2104 of 2010__, Count __1__

( ) AT THE EXPIRATION OF the sentence imposed in Criminal Action No. _____, Count _____
( ) The Court recommends the defendant for the State Boot Camp Program.

( x ) The defendant is given credit for time previously served. Dates **1/28/11 – 2/21/11 and 10/25/12 – 10/29/12**

( ) The defendant shall be paroled ( ) at the expiration of the minimum sentence ( ) upon approval of a Home Plan.
( ) **(Upon completion of the above-mentioned period of incarceration)** the defendant is placed on **Probation** for a period of _____ months upon the condition the defendant shall pay the court costs, pay the sum of $ _____ to the use of the Franklin/Fulton / Law Library; and on the following special conditions:

### SPECIAL CONDITIONS

( ) Mental Health Evaluation/Treatment      ( ) Shoplifting Treatment
(X) Drug/Alcohol Assessment/Treatment       ( ) DNA Testing *44 Pa. C.S.A 2316*
( ) Domestic Violence Treatment             (X) Any program prison/probation officials deem necessary
( ) Anger Management                        ( ) _____
( ) Sex Offender Assessment/Treatment       ( ) Community Service Program _____ hours

(X) The defendant may NOT CONSUME any beverage containing alcohol or any controlled substance and shall submit to random urinalysis, breath or blood testing to ensure compliance.

( ) The defendant shall have NO CONTACT with **victim**

(X) The defendant shall not own, posses, use, manufacture, control, sell or transfer FIREARMS and must otherwise comply with the provisions of *18 Pa. C.S.A. 6105*.

( ) The defendant shall surrender his/her operator's license to Clerk of Courts. (XX) The Clerk of Courts shall CERTIFY this Order to PennDOT.

( ) Defendant is eligible for the PRE-RELEASE PROGRAM in accordance with terms authorized by the **FRANKLIN COUNTY, PA**

*Certified MAY 02 2013*
*Nancy Marshall*
**CLERK OF COURTS**

### FINANCIALS

(X) Court Costs
(✓) RESTITUTION shall be made in the amount of $ _____
    ( ) as determined by the District Attorney (✓) attached list ( ) separate Order

( ) CENTRAL BOOKING FEE $150.00

(X) $ 113.00   Laboratory User's Fee – *42 Pa. C.S.A. 1725.3* to PSP
(X) $ 100.00   Substance Abuse Education and Demand Reduction Fund – *18 Pa. C.S.A. 7508.1*
( ) $          Pa. CAT Fund – *75 Pa. C.S.A. 6506*
( ) $          Emergency Medical Services Act – *35 P.S. 6934*
( ) $          DNA Testing – *44 Pa. C.S.A. 2316*
(X) $25/month  Supervision Fee (Act 35) – *18 P.S. 111.1102*
( )  PROBATION VIOLATORS: ( ) given credit for monies previously paid ( ) shall pay the balance due.
(X) SEE ATTACHED

NOV 07 2012
Dorothy Meier

BY THE COURT, _Douglas W. Herman_

INFORMATION
IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA
FRANKLIN COUNTY
39TH JUDICIAL DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **NO. CP-28-CR-0002104-2010** |
| | : | |
| VS. | : | Pros: **OFFICER BRADLEY S. KYNER** |
| | : | **CHAMBERSBURG POLICE DEPT** |
| **RAUL SUERO TORRES** | : | |

**COUNT 1:**
**UNLAWFUL DELIVERY OF A SCH. II C.S. -- (F)**
THE DISTRICT ATTORNEY OF FRANKLIN COUNTY, by this Information charges that on or about **Tuesday, the 20th day of October, 2009,** in the said County of FRANKLIN, RAUL SUERO TORRES, did:

manufacture, deliver, or possess with the intent to manufacture or deliver, a controlled substance by a person not registered under this act, or a practitioner not registered or licensed by the appropriate State board, or knowingly creating, delivering or possessing with the intent to deliver, a counterfeit controlled substance, to wit, Raul Suero Torres did deliver cocaine, a schedule II Controlled substance, to a confidential informant, the defendant not being a person registered under this act, nor a practitioner registered or licensed by the appropriate State board.
Citation of Statute: 35 P.S. 780-113(a)(30)

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

LAURA J KERSTETTER
Attorney for the Commonwealth

DEC 16 2010

**PLEA**

I, the Defendant in the above criminal action plead _____ NOT _____ guilty

12/29/10
Date    Attorney for the Defendant    Defendant

The previous plea of not guilty is hereby withdrawn and a plea of _____ is hereby entered to
_____

_____    _____    _____
Date    Attorney for the Defendant    Defendant



Certified
MAY 02 2013
CLERK OF COURTS
FRANKLIN COUNTY, PA

**INFORMATION**
**IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA**
**FRANKLIN COUNTY**
**39TH JUDICIAL DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | **NO. CP-28-CR-0002104-2010** |
| | : | |
| **VS.** | : | **Pros: OFFICER BRADLEY S. KYNER** |
| | : | **CHAMBERSBURG POLICE DEPT** |
| **RAUL SUERO TORRES** | : | |

**COUNT 2:**
**CRIMINAL USE OF COMMUNICATION FACILITY -- (F 3)**
    THE DISTRICT ATTORNEY OF FRANKLIN COUNTY, by this Information charges that on or about **Tuesday, the 20th day of October, 2009,** in the said County of FRANKLIN, RAUL SUERO TORRES, did:

use a communication facility to commit, cause or facilitate the commission, or the attempt thereof, of any crime which constitutes a felony under this title or under the act of April 14, 1972 (P.L. 233, No. 64), known as the Controlled Substance, Drug, Device and Cosmetic Act, to wit, Raul Suero Torres did use a cellular telephone to facilitate the crime of delivery of cocaine, a schedule II controlled substance.
Citation of Statute: 18 Pa.C.S.A. Sec. 7512

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

LAURA J KERSTETTER
Attorney for the Commonwealth

DEC 16 2010

**PLEA**

I, the Defendant in the above criminal action plead __NOT__ guilty

__12/29/0__    _____    _____
Date    Attorney for the Defendant    Defendant

The previous plea of not guilty is hereby withdrawn and a plea of _____ is hereby entered to
_____

_____    _____    _____
Date    Attorney for the Defendant    Defendant



Certified
MAY 02 2013

CLERK OF COURTS
FRANKLIN COUNTY, PA

IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT OF PENNSYLVANIA
(FRANKLIN) COUNTY BRANCH

Commonwealth of Pennsylvania

vs.

**RAUL ROBERTO SUERO-TORRES**
Defendant

Docket No. 2104-2010
Count: 1
Charge: UNLAWFUL DELIVERY OF COCAINE

ORDER OF COURT, NOVEMBER **7TH**, 2012, THE COURT SENTENCES THE DEFENDANT TO:

### PENALTIES

The defendant shall pay a fine of **$ 500.00** and undergo imprisonment in:
( ) FRANKLIN COUNTY PRISON  (✓) STATE CORRECTIONAL INSTITUTION

For a period of not less than **36** months or more than **84** months to be computed from: (✗) This date.
( ) CONCURRENTLY WITH the sentence imposed in Criminal Action No. _____, Count ____

( ) AT THE EXPIRATION OF the sentence imposed in Criminal Action No. _____, Count ____
( ) The Court recommends the defendant for the State Boot Camp Program.
(X) The defendant is given credit for time previously served. Dates 5/9/12 – 7/20/12 and 8/22/12 – 11/7/12. 28 Jan 11 to 21 Feb 11 and 25 Oct 12 to 29 Oct 12. DWA

( ) The defendant shall be paroled ( ) at the expiration of the minimum sentence ( ) upon approval of a Home Plan.
( ) (**Upon completion of the above-mentioned period of incarceration**) the defendant is placed on **Probation** for a period of ____ months upon the condition the defendant shall pay the court costs, pay the sum of $ ____ to the use of the Franklin/Fulton / Law Library; and on the following special conditions:

### SPECIAL CONDITIONS

( ) Mental Health Evaluation/Treatment
(X) Drug/Alcohol Assessment/Treatment
( ) Domestic Violence Treatment
( ) Anger Management
( ) Sex Offender Assessment/Treatment

( ) Shoplifting Treatment
(X) DNA Testing *44 Pa. C.S.A 2316*
(X) Any program prison/probation officials deem necessary
( ) _____
( ) Community Service Program ____ hours

**Certified MAY 02 2013**
*Nancy Marshall Cook*
CLERK OF COURTS
FRANKLIN COUNTY, PA

(X) The defendant may NOT CONSUME any beverage containing alcohol or any controlled substance and shall submit to random urinalysis, breath or blood testing to ensure compliance.

( ) The defendant shall have NO CONTACT with **victim**

(X) The defendant shall not own, posses, use, manufacture, control, sell or transfer FIREARMS and must otherwise comply with the provisions of *18 Pa. C.S.A. 6105*.

( ) The defendant shall surrender his/her operator's license to Clerk of Courts. (XX) The Clerk of Courts shall CERTIFY this Order to PennDOT.

( ) Defendant is eligible for the PRE-RELEASE PROGRAM in accordance with terms authorized by the Court.

### FINANCIALS

(X) Court Costs
(✓) RESTITUTION shall be made in the amount of $ ____

( ) as determined by the District Attorney (✓) attached list ( ) separate Order

(x) **CENTRAL BOOKING FEE $150.00**

NOV 07 2012
*Dorothy Nadis*

(X)  $ 113.00    Laboratory User's Fee – *42 Pa. C.S.A. 1725.3* to PSP
(X)  $ 100.00    Substance Abuse Education and Demand Reduction Fund – *18 Pa. C.S.A. 7508.1*
( )  $           Pa. CAT Fund – *75 Pa. C.S.A. 6506*
( )  $           Emergency Medical Services Act – *35 P.S. 6934*
(X)  $ 250.00    DNA Testing – *44 Pa. C.S.A. 2316*
(X)  **$25/month**    Supervision Fee (Act 35) – *18 P.S. 111.1102*
( )             PROBATION VIOLATORS: ( ) given credit for monies previously paid ( ) shall pay the balance due.
(X) **SEE ATTACHED**

BY THE COURT, *Douglas H. Herman*

**IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT OF PENNSYLVANIA**
**(FRANKLIN) COUNTY BRANCH**

Commonwealth of Pennsylvania    :   Docket No. **2104-2010**
                                                      :   Count: 2
vs.    :   Charge: **CRIMINAL USE OF COMMUNICATION**
                                                      :   **FACILITY**

**RAUL ROBERTO SUERO-TORRES**
Defendant

ORDER OF COURT, NOVEMBER **7**, 2012, THE COURT SENTENCES THE DEFENDANT TO:

## PENALTIES

The defendant shall pay a fine of **$ 250.00** and undergo imprisonment in:
( ) FRANKLIN COUNTY PRISON ( X ) STATE CORRECTIONAL INSTITUTION

For a period of not less than **12** months or more than **24** months to be computed from: (—) This date
( ) CONCURRENTLY WITH the sentence imposed in Criminal Action No. _____, Count _____

( X ) AT THE EXPIRATION OF the sentence imposed in Criminal Action No. **2104 of 2010**, Count **1**
( ) The Court recommends the defendant for the State Boot Camp Program.

( ) **The defendant is given credit for time previously served. Dates**

( ) The defendant shall be paroled ( ) at the expiration of the minimum sentence ( ) upon approval of a Home Plan.
( ) **(Upon completion of the above-mentioned period of incarceration)** the defendant is placed on **Probation** for a period of _____ months upon the condition the defendant shall pay the court costs, pay the sum of **$** _____ to the use of the Franklin/Fulton / Law Library; and on the following special conditions:

## SPECIAL CONDITIONS

( ) Mental Health Evaluation/Treatment      ( ) Shoplifting Treatment
( ) Drug/Alcohol Assessment/Treatment      ( ) DNA Testing *44 Pa. C.S.A 2316*
( ) Domestic Violence Treatment      ( X ) Any program prison/probation officials deem necessary
( ) Anger Management      ( ) _____
( ) Sex Offender Assessment/Treatment      ( ) Community Service Program _____ hours

( X ) The defendant may NOT CONSUME any beverage containing alcohol or any controlled substance and shall submit to random urinalysis, breath or blood testing to ensure compliance.

( ) The defendant shall have NO CONTACT with **victim**

( ) The defendant shall not own, posses, use, manufacture, control, sell or transfer FIREARMS and must otherwise comply with the provisions of *18 Pa. C.S.A. 6105*.

( ) The defendant shall surrender his/her operator's license to Clerk of Courts. ( ) The Clerk of Courts shall CERTIFY this Order to PennDOT.

( ) Defendant is eligible for the PRE-RELEASE PROGRAM in accordance with terms authorized by the Court.

## FINANCIALS

(X)      Court Costs
( )      RESTITUTION shall be made in the amount of **$**

( ) as determined by the District Attorney ( ) attached list ( ) separate Order

DN ( X ) CENTRAL BOOKING FEE $150.00

( )    $      Laboratory User's Fee – *42 Pa. C.S.A. 1725.3* **to PSP**
( )    $      Substance Abuse Education and Demand Reduction Fund – *18 Pa. C.S.A. 7508.1*
( )    $      Pa. CAT Fund – *75 Pa. C.S.A. 6506*
( )    $      Emergency Medical Services Act – *35 P.S. 6934*
( )    $      DNA Testing – *44 Pa. C.S.A. 2316*
(X)    $25/month      Supervision Fee (Act 35) – *18 P.S. 111.1102*
( )      PROBATION VIOLATORS: ( ) given credit for monies previously paid ( ) shall pay the balance due.
(X) **SEE ATTACHED**

BY THE COURT, _Douglas H. Herman_

*[Certified stamp: MAY 02 2013, Nancy Marsh, CLERK OF COURTS, FRANKLIN COUNTY, PA]*

*[Date stamp: NOV 07 2012]*

**INFORMATION**
**IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA**
**FRANKLIN COUNTY**
**39TH JUDICIAL DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **COMMONWEALTH OF PENNSYLVANIA** | : | NO. CP-28-CR-0001945-2010 |
| | : | |
| VS. | : | Pros: PATROL OFFICER BRADLEY S KYNER |
| | : | CHAMBERSBURG POLICE DEPT |
| **RAUL ROBERT SUERO-TORRES** | : | |

**COUNT 1:**
**UNLAWFUL DELIVERY OF A SCH. II C.S. -- (F)**
   THE DISTRICT ATTORNEY OF FRANKLIN COUNTY, by this Information charges that on or about **Friday, the 1st day of October, 2010,** in the said County of FRANKLIN, RAUL ROBERT SUERO-TORRES, did:

manufacture, deliver, or possess with the intent to manufacture or deliver, a controlled substance by a person not registered under this act, or a practitioner not registered or licensed by the appropriate State board, or knowingly creating, delivering or possessing with the intent to deliver, a counterfeit controlled substance, to wit, Raul Robert Suero-Torres did deliver cocaine, a schedule II controlled substance, to a confidential informant, the defendant not being a person registered under this act, nor a practitioner registered or licensed by the appropriate State board.
Citation of Statute: 35 P.S. 780-113(a)(30)

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

NOV 19 2010

Filed

_Kathy Rhyne_
Deputy     Clerk

_____
LAURA J KERSTETTER
Attorney for the Commonwealth

PLEA

I, the Defendant in the above criminal action plead ___Not___ guilty

12/29/10
Date        Attorney for the Defendant        Defendant

The previous plea of not guilty is hereby withdrawn and a plea of _____ is hereby entered to
_____

_____     _____     _____
Date        Attorney for the Defendant        Defendant



Certified
MAY 02 2013

_Nancy Marshall_
CLERK OF COURTS
FRANKLIN COUNTY, PA

**INFORMATION**
**IN THE COURT OF COMMON PLEAS OF PENNSYLVANIA**
**FRANKLIN COUNTY**
**39TH JUDICIAL DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA | NO. CP-28-CR-0001945-2010 |
| VS. | Pros: PATROL OFFICER BRADLEY S KYNER |
| | CHAMBERSBURG POLICE DEPT |
| RAUL ROBERT SUERO-TORRES | |

**COUNT 2:**
**CRIMINAL USE OF COMMUNICATION FACILITY -- (F 3)**
THE DISTRICT ATTORNEY OF FRANKLIN COUNTY, by this Information charges that on or about **Friday, the 1st day of October, 2010,** in the said County of FRANKLIN, RAUL ROBERT SUERO-TORRES, did:

use a communication facility to commit, cause or facilitate the commission, or the attempt thereof, of any crime which constitutes a felony under this title or under the act of April 14, 1972 (P.L. 233, No. 64), known as the Controlled Substance, Drug, Device and Cosmetic Act, to wit, Raul Robert Suero-Torres did use a cellular telephone to facilitate the crime of delivery of cocaine, a schedule II controlled substance.
Citation of Statute: 18 Pa.C.S.A. Sec. 7512

All of which is against the Act of Assembly and the peace and dignity of the Commonwealth of Pennsylvania.

NOV 19 2010
Filed

LAURA J KERSTETTER
Attorney for the Commonwealth

**PLEA**

I, the Defendant in the above criminal action plead ___NOT___ guilty

12/29/10
Date       Attorney for the Defendant       Defendant

The previous plea of not guilty is hereby withdrawn and a plea of _____ is hereby entered to
_____

Date       Attorney for the Defendant       Defendant



Certified
MAY 02 2013
Nancy Marsha[?] [signature]
CLERK OF COURTS
FRANKLIN COUNTY, PA

IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT OF PENNSYLVANIA
(FRANKLIN) COUNTY BRANCH

Commonwealth of Pennsylvania : Docket No. **1945-2010** ✓
: Count: 1
vs. : Charge: **UNLAWFUL DELIVERY OF COCAINE**
:
**RAUL ROBERTO SUERO-TORRES** :
Defendant :

ORDER OF COURT, NOVEMBER **7th**, 2012, THE COURT SENTENCES THE DEFENDANT TO:

### PENALTIES

The defendant shall pay a fine of **$ 500.00** and undergo imprisonment in:
( ) FRANKLIN COUNTY PRISON (✓) STATE CORRECTIONAL INSTITUTION

For a period of not less than **6** months or more than ~~24~~ months to be computed from: (~~✓~~) ~~This date.~~
( ) CONCURRENTLY WITH the sentence imposed in Criminal Action No. **2109 of 2012**, Count **2 Crim Use**.
(✓) AT THE EXPIRATION OF the sentence imposed in Criminal Action No. **2010**, Count _____
( ) The Court recommends the defendant for the State Boot Camp Program.

( ) **The defendant is given credit for time previously served. Dates**

( ) The defendant shall be paroled ( ) at the expiration of the minimum sentence ( ) upon approval of a Home Plan.
( ) **(Upon completion of the above-mentioned period of incarceration)** the defendant is placed on **Probation** for a period of _____ months upon the condition the defendant shall pay the court costs, pay the sum of $ _____ to the use of the Franklin/Fulton / Law Library; and on the following special conditions:

### SPECIAL CONDITIONS

( ) Mental Health Evaluation/Treatment      ( ) Shoplifting Treatment
(X) Drug/Alcohol Assessment/Treatment       ( ) DNA Testing 44 Pa. C.S.A 2316
( ) Domestic Violence Treatment             (X) Any program prison/probation officials deem necessary
( ) Anger Management                        ( ) _____
( ) Sex Offender Assessment/Treatment       ( ) Community Service Program _____ hours

**Certified MAY 02 2013**
CLERK OF COURTS
FRANKLIN COUNTY, PA

(X) The defendant may NOT CONSUME any beverage containing alcohol or any controlled substance and shall submit to random urinalysis, breath or blood testing to ensure compliance.

( ) The defendant shall have NO CONTACT with **victim**

(X) The defendant shall not own, posses, use, manufacture, control, sell or transfer FIREARMS and must otherwise comply with the provisions of *18 Pa. C.S.A. 6105*.

( ) The defendant shall surrender his/her operator's license to Clerk of Courts. (XX) The Clerk of Courts shall CERTIFY this Order to PennDOT.

( ) Defendant is eligible for the PRE-RELEASE PROGRAM in accordance with terms authorized by the Court.

### FINANCIALS

(X)    Court Costs
( )    RESTITUTION shall be made in the amount of $

       ( ) as determined by the District Attorney ( ) attached list ( ) separate Order

       ( ) **CENTRAL BOOKING FEE $150.00**

(X)    $ 113.00       Laboratory User's Fee – *42 Pa. C.S.A. 1725.3* **to PSP**
(X)    $ 100.00       Substance Abuse Education and Demand Reduction Fund – *18 Pa. C.S.A. 7508.1*
( )    $              Pa. CAT Fund – *75 Pa. C.S.A. 6506*
( )    $              Emergency Medical Services Act – *35 P.S. 6934*
( )    $              DNA Testing – *44 Pa. C.S.A. 2316*
(X)    **$25/month**  Supervision Fee (Act 35) – *18 P.S. 111.1102*
( )    PROBATION VIOLATORS: ( ) given credit for monies previously paid ( ) shall pay the balance due.
(X)    **SEE ATTACHED**

NOV 07 2012

BY THE COURT, _____

IN THE COURT OF COMMON PLEAS OF THE 39TH JUDICIAL DISTRICT OF PENNSYLVANIA
(FRANKLIN) COUNTY BRANCH

Commonwealth of Pennsylvania         :   Docket No. **1945-2010**
                                     :   Count: 2
vs.                                  :   Charge: **CRIMINAL USE OF COMMUNICATION**
                                     :   **FACILITY**
**RAUL ROBERTO SUERO-TORRES**        :
Defendant                            :

ORDER OF COURT, NOVEMBER  7th , 2012, THE COURT SENTENCES THE DEFENDANT TO:

### PENALTIES

The defendant shall pay a fine of **$ 250.00**   and undergo imprisonment in:
( ) FRANKLIN COUNTY PRISON   (✓) STATE CORRECTIONAL INSTITUTION

For a period of not less than __6__ months or more than __24__ months to be computed from: ( ) This date.
( ) CONCURRENTLY WITH the sentence imposed in Criminal Action No. _____, Count ____
(✓) AT THE EXPIRATION OF the sentence imposed in Criminal Action No. __1945 of 2010__, Count __1__ Delivery
( ) The Court recommends the defendant for the State Boot Camp Program.

( ) **The defendant is given credit for time previously served. Dates**


( ) The defendant shall be paroled ( ) at the expiration of the minimum sentence ( ) upon approval of a Home Plan.
( ) (**Upon completion of the above-mentioned period of incarceration**) the defendant is placed on **Probation** for a period of _____ months upon the condition the defendant shall pay the court costs, pay the sum of  $ ____ to the use of the Franklin/Fulton / Law Library; and on the following special conditions:

### SPECIAL CONDITIONS

( ) Mental Health Evaluation/Treatment            ( ) Shoplifting Treatment
( ) Drug/Alcohol Assessment/Treatment             ( ) DNA Testing *44 Pa. C.S.A 2316*
( ) Domestic Violence Treatment                   (X) Any program prison/probation officials deem necessary
( ) Anger Management                              ( ) _____
( ) Sex Offender Assessment/Treatment             ( ) Community Service Program ____ hours

(X) The defendant may NOT CONSUME any beverage containing alcohol or any controlled substance and shall submit to random urinalysis, breath or blood testing to ensure compliance.

( ) The defendant shall have NO CONTACT with **victim**

( ) The defendant shall not own, posses, use, manufacture, control, sell or transfer FIREARMS and must otherwise comply with the provisions of *18 Pa. C.S.A. 6105*.

**Certified MAY 02 2013**
*Nancy Marshall, Dyck*
CLERK OF COURTS
FRANKLIN COUNTY, PA

( ) The defendant shall surrender his/her operator's license to Clerk of Courts. ( ) The Clerk of Courts shall CERTIFY this Order to PennDOT.

( ) Defendant is eligible for the PRE-RELEASE PROGRAM in accordance with terms authorized by the Court.

### FINANCIALS

(X)   Court Costs
( )   RESTITUTION shall be made in the amount of $

      ( ) as determined by the District Attorney ( ) attached list ( ) separate Order

      ( ) **CENTRAL BOOKING FEE $150.00**

( )   $ ____   Laboratory User's Fee – *42 Pa. C.S.A. 1725.3* **to PSP**
( )   $ ____   Substance Abuse Education and Demand Reduction Fund – *18 Pa. C.S.A. 7508.1*
( )   $ ____   Pa. CAT Fund – *75 Pa. C.S.A. 6506*
( )   $ ____   Emergency Medical Services Act – *35 P.S. 6934*
( )   $ ____   DNA Testing – *44 Pa. C.S.A. 2316*
(X)   **$25/month**   Supervision Fee (Act 35) – *18 P.S. 111.1102*
( )   PROBATION VIOLATORS: ( ) given credit for monies previously paid ( ) shall pay the balance due.
(X) **SEE ATTACHED**

NOV 07 2012

BY THE COURT, _Douglas W. Herman_