### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br>Plaintiff,<br><br>v.<br><br>**RAÚL ROBERTO SUERO-TORRES,**<br>Defendant. | **Crim No. 25-419 (SCC MDM)** |

### MOTION REQUESTING TRANSCRIPT

TO THE HONORABLE COURT:

Mr. Suero, through counsel, respectfully moves this Court for an Order letting counsel obtain the ordinary transcripts for the DeNovo Hearing, held on December 12th, 2025 (DE 37) before Magistrate Judge Marshal D. Morgan.

See Amended Standing Order 20-061(GAG) (April 11, 2023) (requiring court order for access notwithstanding the First, Fifth, Sixth, and Fourteenth Amendments). This transcript is necessary to provide effective representation to Mr. Suero. *Attached as Exhibit No. 1*, Transcript Order Form.

WHEREFORE, Mr. Suero respectfully requests that the Court take notice and grant this motion.

RESPECTFULLY SUBMITTED

In San Juan, Puerto Rico, this 7th, day of January 2026.

**RACHEL BRILL**
Federal Public Defender
District of Puerto Rico

*I CERTIFY that on this date I electronically filed the foregoing motion with the Clerk of Court using the CM/ECF system which will send notification of such filing to the parties of record.

**s/ MARIACAROLINA GÓMEZ**
MariaCarolina Gómez
USDC-PR G03715
241 F.D. Roosevelt Ave.
San Juan, PR 00918
Tel. (787) 281-4922 / Fax (787) 281-4899
Email: Maria_Gomez@fd.org